UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MATTHEW WILLIAM JONES,

    Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

No. 5:25-cv-03244-JDE

JUDGMENT

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with the Court's Order.

Dated: April 15, 2026 _____

_____

JOHN D. EARLY
United States Magistrate Judge