UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW WILLIAM JONES, | ) | No.5:25-cv-03244-JDE |
| Plaintiff, | ) | |
| | ) | ORDER AWARDING ATTORNEY |
| v. | ) | FEES UNDER THE EQUAL |
| | ) | ACCESS TO JUSTICE ACT, |
| FRANK BISIGNANO, | ) | 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the parties' Stipulation (Dkt. 17), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $9,400.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: May 12, 2026 _____

_____
JOHN D. EARLY
United States Magistrate Judge